U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

JUN 24 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SCOTTY P. BROUSSARD | CIVIL ACTION NO. 6:14-cv-2465 |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| KARA M. FREDERICK | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** *sua sponte* as frivolous and for failing to state a claim for which relief may be granted.

The Clerk of Court is directed to send a copy of this judgment to the Keeper of the Three Strikes List.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 24th day of June, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE